UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTELLECTUAL SCIENCE AND
TECHNOLOGY, INC.,

    Plaintiff,                                            Honorable Avern Cohn

-vs-                                                      Case Nos.   06-10406
PHILIPS ELECTRONICS NORTH                                              06-10407
AMERICA CORP., et al.,                                                          06-10409
                                                                                    06-10410
                                                                                    06-10412
    Defendants,                                                       06-10415
                                                                                   06-10416
_____/

## **PRETRIAL ORDER NO. 3**

Pretrial Order No. 2 is amended in the following respects:

**A.**

TEAC America, Inc. (Case No. 06-10416) is deleted from the "likely to be dismissed" list.

**B.**

Paragraph 2 now reads as follows:

The paradigm accused devices for Group A patents (see Order re: Status Conference filed April 25, 2006) are:

      Recorder RCDW 500C, manufactured by Sony Electronics, Inc.

      Recorder RCD-W1, manufactured by Sony Electronics, Inc.

The paradigm accused devices for Group B patents are:

      Recorder RCDW 500C, manufactured by Sony Electronics, Inc

      JVC R5000BK, sold by JVC American Corp.

**C.**

Defendants have elected to proceed with a summary judgment motion to be filed within forty-five (45) days.  After the motion is filed, the Court will hold a status conference to schedule further proceedings.

SO ORDERED.

                                                    s/Avern Cohn  
                                                    AVERN COHN  
                                                    UNITED STATES DISTRICT JUDGE

Dated:  September 14, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 14, 2006, by electronic and/or ordinary mail.

                                                    s/Julie Owens  
                                                    Case Manager, (313) 234-5160