**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

INTELLECTUAL SCIENCE AND
TECHNOLOGY,

        Plaintiff,               Case No. 06-10407

vs.                             Honorable Avern Cohn

PIONEER NORTH AMERICA, INC. and
PIONEER ELECTRONICS (USA) INC.

        Defendants.

---

Joseph C. Basta (P24645)
Thomas M. Schehr (P54391)
Lisa A. Brown (P67208)
Dykema Gossett PLLC
Attorneys for Plaintiff
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800

---

**NOTICE OF VOLUNTARY DISMISSAL**

TO:    Clerk of the Court

        Pioneer North America, Incorporated

     PLEASE TAKE NOTICE that Intellectual Science and Technology, Inc., by its attorneys, Dykema Gossett PLLC, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses its Complaint for Patent Infringement and Jury Demand against Defendant Pioneer North America, Incorporated, with prejudice. Defendant Pioneer North America, Incorporated has not filed an answer or a motion for summary judgment.

DYKEMA GOSSETT PLLC


By: s/Lisa A. Brown
    Lisa A. Brown
    Attorneys for Plaintiff
    400 Renaissance Center
    Detroit, MI  48243
    (313) 568-6793
    lbrown@dykema.com
    P67208

Dated: October 4, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2006, I served, via 1st class mail, copies of **Notice of Voluntary Dismissal and this Certificate of Service** upon Mr. Yuichiro Takayanagi, who agreed to accept service, at on behalf of Pioneer North America, Inc., and Pioneer Electronics (USA) Inc. at 2265 E. 220th Street, Long Beach, CA 90810.

                        DYKEMA GOSSETT PLLC

                        By: s/Lisa A. Brown
                             Lisa A. Brown
                             Attorneys for Plaintiff
                             400 Renaissance Center
                             Detroit, MI  48243
                             (313) 568-6793
                             lbrown@dykema.com
                             P67208

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243